UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ABSI SHEIK,

                Plaintiff,

-vs-                                  Case No. 2:09-cv-826-FtM-36SPC

MONEY CONSULTANTS, INC.,

                Defendant.
_____

## ORDER

This matter comes before the Court on the Motion for Extension of Time (Doc. # 8) filed on March 25, 2010. The Plaintiff, *pro se*, filed a brief three line document that moves the Court for additional time. Although Plaintiff did not specify what he required additional time to do, a review of the docket indicates an Amended Complaint was due to be filed[1]. Plaintiff appears to request additional time to prepare the Amended Complaint and notes the filing fee has now been paid. As a result, service upon the Defendants may proceed.

District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The Court notes the Plaintiff's *pro se* status, however, Plaintiff is cautioned that his status does not free him from the requirements in the Federal and Local Rules. The Court finds good cause to grant the extension and advises Plaintiff that further pleadings

---

[1] On February 4, 2010, this Court filed a Report and Recommendation denying the Plaintiff's Motion to Proceed In Forma Pauperis and recommended he be allowed thirty (30) days to file an Amended Complaint. See Report and Recommendation Doc. #6. The District Court adopted the Report and Recommendation and gave the Plaintiff thirty (30) days from February 25, 2010, to file the Amended Complaint.

shall adhere to the requirements outlined in the M.D. Fla. Local Rules and Federal Rules of Civil Procedure.

Accordingly it is now,

**ORDERED:**

The Motion for Extension of Time (Doc. # 8) is **GRANTED.** The Plaintiff shall have up to and including **APRIL 26, 2010**, to file the Amended Complaint.

**DONE AND ORDERED** at Fort Myers, Florida, this   26th    day of March, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record