# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

ABSI SHEIK,

    Plaintiff,

v.                                                   Case No. 2:09-cv-826-FtM-36SPC

MONEY CONSULTANTS, INC.,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation of United States Magistrate Judge Sheri Polster Chappell on July 13, 2010 (Doc. 15). In the Report and Recommendation, Magistrate Judge Chappell recommends that the Court dismiss Plaintiff's Complaint without prejudice for his failure to file an Amended Complaint as required by the Court's March 26, 2010 Order (Doc. 9) and an Order to Show Cause directing Plaintiff to explain why he had not filed an Amended Complaint. On July 28, 2010, Plaintiff filed a Response (Doc. 16) to the Order to Show Cause. The Court construes Plaintiff's Response of July 28, 2010 as an objection to the Report and Recommendation.

Plaintiff's objection does not respond to the issues raised in the Report and Recommendation. Instead, Plaintiff reiterates the efforts he has made to rectify problems with his mortgage and states that he does not want to lose his home. Plaintiff also provides the Court with copies of checks he has written to Robert P. Zhun. Plaintiff's objection, however, does not explain his failure to file an Amended Complaint within the court-ordered deadlines.

After carefully considering Plaintiff's Complaint (Doc. 1), the Order requiring Plaintiff to

file an Amended Complaint (Doc. 9), Magistrate Judge Chappell's Report and Recommendation (Doc. 15), and Plaintiff's objection (Doc. 16) and undertaking a *de novo* review of the legal determinations recommended therein, the Court concludes that Magistrate Judge Chappell's Report and Recommendation should be confirmed and accepted.

Accordingly, it is now **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation of the Magistrate Judge (Doc. 15) is **ADOPTED, CONFIRMED** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is directed to terminate any pending motions and deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on July 29, 2010.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Magistrate Judge Sheri Polster Chappell
Unrepresented Party